IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wilson, Jessie | Case Number: 04 B 35026 |
| | Judge: Hollis, Pamela S |
| Printed: 6/17/08 | Filed: 9/21/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: June 12, 2008
Confirmed: November 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 12,196.75 | |
| Secured: | | 1,381.74 |
| Unsecured: | | 7,525.97 |
| Priority: | | 0.00 |
| Administrative: | | 2,655.20 |
| Trustee Fee: | | 633.84 |
| Other Funds: | | 0.00 |
| Totals: | 12,196.75 | 12,196.75 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,655.20 | 2,655.20 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 5,047.62 | 562.62 |
| 4. | ECast Settlement Corp | Secured | 819.12 | 819.12 |
| 5. | Wells Fargo Financial | Unsecured | 912.50 | 912.50 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 1,400.00 | 0.00 |
| 7. | Wells Fargo Financial | Unsecured | 855.28 | 855.28 |
| 8. | ECast Settlement Corp | Unsecured | 3,403.01 | 3,403.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,514.36 | 1,514.36 |
| 10. | T Mobile USA | Unsecured | 840.83 | 840.83 |
| 11. | Collection Company Of America | Unsecured | | No Claim Filed |
| 12. | Regional Adjustment Bureau Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 17,447.92 | $ 11,562.91 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 97.50 |
| 4% | 48.00 |
| 3% | 18.00 |
| 5.5% | 137.49 |
| 5% | 45.00 |
| 4.8% | 72.01 |
| 5.4% | 215.84 |
| | _____ |
| | $ 633.84 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wilson, Jessie | Case Number: 04 B 35026 |
| | Judge: Hollis, Pamela S |
| Printed: 6/17/08 | Filed: 9/21/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

